## JEFFERS *v.* NEAL.

[No. 12,392.   Filed April 9, 1926.]

From Vanderburgh Probate Court; *Elmer Q. Lockyear,* Judge.

Action between Earl I. Jeffers and Emma Neal.   From the judgment rendered, the former appeals.   *Affirmed.*   By the court in banc.

*Charles F. Werner,* for appellant.
*William McClain,* for appellee.

PER CURIAM.—Judgment affirmed.

## TOWN OF BEECH GROVE *v.* LOWRY.

[No. 12,354.   Filed April 9, 1926.]

From Marion Superior Court (A 24,075) ; *Linn D. Hay,* Judge.

Action between the town of Beech Grove and Nancy M. Lowry. From the judgment rendered, the former appeals.   *Affirmed.* By the court in banc.

*Robbins, Elliott, Weyl & Jewett,* for appellant.
*Thomas D. McGee,* for appellee.

PER CURIAM.—Affirmed, on authority of §725 Burns 1926.

## HOLLOWELL *v.* LEARY ET AL.

[No. 11,907.   Filed April 20, 1926.]

From Marion Superior Court (30,857) ; *Sidney S. Miller,* Judge.

Action between Mary I. Hollowell and James I. Leary and others.   From the judgment rendered, the former appeals.   *Affirmed.*   By the court in banc.

*James L. Mitchell,* for appellant.
*Ralston, Gates, Lairy, VanNuys & Barnard,* for appellees.

PER CURIAM.—Judgment affirmed, on the authority of *Rooker* v. *Leary* (1926), *ante* 77.